IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,          )
                                   )
          v.                       )     Criminal Action
                                   )     No. 12-cr-00678-1
MARIA RODANO                       )
                                   )
          Defendant                )

O R D E R

NOW, this 22nd day of April, 2014, upon consideration

FILED
APR 23 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

of the following:

> (1)  Motion to Modify Terms and Conditions of
>      Probation, which motion was filed by defendant
>      February 6, 2014 (Document 22);
>
> (2)  Government's Objection to the Defendant's Motion
>      to Modify Terms and Conditions of Probation,
>      which objection was filed February 7, 2014
>      (Document 23); and
>
> (3)  Government's Unopposed Request to Dismiss the
>      Defendant's Motion to Modify Terms and Conditions
>      of Probation as Moot, which request was filed
>      April 21, 2014 (Document 26);

it appearing that defendant's motion requests that the court

modify the terms and conditions of defendant's supervised

release and specify that defendant make restitution payments to

the Social Security Administration in monthly installments of

$50.00; it further appearing that the government's opposition

argues that the court lacks jurisdiction to prevent the Social

Security Administration from withholding defendant's entire

monthly benefit; it further appearing government counsel has

alleged that social security has withheld enough of defendant's monthly benefit to satisfy the overpayment on defendant's account and, therefore, the Social Security Administration will resume paying benefits to defendant; it further appearing that defendant does not oppose the government's request,[1]

IT IS ORDERED that Government's Unopposed Request to Dismiss the Defendant's Motion to Modify Terms and Conditions of Probation as Moot is granted as unopposed.

IT IS FURTHER ORDERED that defendant's Motion to Modify Terms and Conditions of Probation is dismissed as moot.

IT IS ORDERED that the within motion is stricken from the April 25, 2014 hearing list.[2]

BY THE COURT:

James Knoll Gardner
United States District Judge

---

[1]    The final paragraph of the government's unopposed request states: "Defendant and her counsel do not object to the dismissal of her previous motion and dismissal of the scheduled April 25, 2014 hearing."

[2]    [Defendant's] Motion to Modify Terms and Conditions of Probation was previously scheduled to be heard on April 25, 2014 at 10:00 o'clock a.m.